JOHNSON et al., Appellants, v. HAWS et al., Respondents. (Supreme Court, Appellate Division, First Department. November Term, 1897.) Action by Russell Johnson and Roswell H. Johnson, composing the firm of Johnson

Bros., against Walter D. Haws and others. No opinion. Order affirmed, with $10 costs and disbursements.